# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHNNY COE, A/K/A JOHN A. COE,
Appellant,

vs.

AMY GIANNINI,
Respondent.

No. 82965

FILED

SEP 30 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order affirming child support and denying a motion to modify. Second Judicial District Court, Family Court Division, Washoe County; Aimee Banales, Judge.

This appeal was docketed in this court on June 1, 2021. On June 17, 2021, this court issued a notice informing appellant of the deadlines for documents. Appellant was required to file the transcript request form by July 1, 2021; the docketing statement by July 8, 2021; and the fast track statement by July 27, 2021. *See* NRAP 9(b), NRAP 14(b), NRAP 31(a)(1). When appellant failed to file these documents, this court entered an order on August 20, 2021, directing appellant to file the documents within 14 days. This court cautioned that failure to comply timely could result in the dismissal of this appeal. To date appellant has failed to file the documents

21-28121

or otherwise communicate with this court. Accordingly, this court concludes that appellant has abandoned this appeal and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Stiglich                              Silver


cc:    Hon. Aimee Banales, District Judge
       Johnny Coe, A/K/A John A. Coe
       Erin N. Grieve
       Washoe District Court Clerk